IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   No. 4:17-CR-244-Y |
| BRANDY RENE TORRES (1)<br>a/k/a "BRANDY RENE CEDILLO" | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Brandy Rene Torres, also known as Brandy Rene Cedillo, is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the Government moves that Torres receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because Torres has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES OF ATTORNEY

        s/ Nancy E. Larson
        NANCY E. LARSON
        Assistant United States Attorney
        DC Bar No. 430780
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit 4
        Fort Worth, Texas   76102-6882
        Telephone:   817-252-5200
        Facsimile: 817-252-5455

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: U.S. Probation Office and Mark Perez, counsel for defendant.

        s/ Nancy E. Larson
        NANCY E. LARSON
        Assistant United States Attorney